# United States Court of Appeals for the Fifth Circuit

————————

No. 23-10666
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

April 3, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Tlatoani Itzcoatl Peralta Romero,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-124-1

————————————————————

Before Willett, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Tlatoani Itzcoatl Peralta Romero has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Peralta Romero has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Peralta

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10666

Romero's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Peralta Romero's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.